UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                  Case Number 09-28976 JHW

Debtor: Xaysana Xaysana & Keomanivanh Inthavong

| Check Number | Creditor | Amount |
|---|---|---|
| 1693184 | Xaysana Xaysana & Keomanivanh Inthavong | 1,034.00 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   June 2, 2010